# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 5:19 MJ 08003 |
| Precision Herbs LLC, ) | |
| Original Design Wellness Center, ) | |
| Sharon Overman ) | |
| Eric Pierce, ) | |
|     Defendant. ) | |

## MOTION OF ALL DEFENDANTS TO DISPENSE WITH PRE-SENTENCING REPORT AND COMBINE SENTENCING WITH ARRAIGNMENT

COME NOW Defendants Sharon Overman and Defendant Precision Herbs LLC (hereinafter "Precision Herbs"), by and through there undersigned attorney, and for their motion to dispense with pre-sentencing report and combine sentencing with arraignment, state as follows:

1. Defendants currently reside in Bonnot's Mill, Missouri, over 800 miles from the Court.

2. Defendants are charged with misdemeanors.

3. Defendants are pleading guilty pursuant to a detailed written plea agreement with the United States Attorney's office which sets out in detail the factors relevant to the sentencing guidelines and all relevant sentencing factors.

4. Defendants have not previously been charged or convicted with a federal crime nor any significant state crime.

5. Defendants do not believe a pre-sentence investigation would supply the Court with any significant information or recommendation different than is contained in the plea agreement. That agreement notes defendants' cooperation and taking of responsibility.

6. Defendants prefer to avoid a second trip to appear before the court if possible.

7. Defendants Eric Pierce and Original Design Wellness join in this motion for the reasons stated above.

WHEREFORE all Defendants pray an order from the Court granting their motion to dispense with pre-sentencing report and combine sentencing with arraignment, or for such other and further relief as the Court deems just and appropriate.

RESPECTFULLY SUBMITTED,

KENT L. BROWN, P.C.

BY: /s/ *Kent L. Brown*

Kent L. Brown  Mo. Bar No. 38992
Missouri Law Center
621 E. McCarty Street, Suite D
Jefferson City, MO  65101

Telephone:  573-418-9383
Email:  KLB@MoLawCenter.com

ATTORNEYS FOR DEFENDANTS SHARON OVERMAN AND PRECISION HERBS LLC

And

CHARLES E. MCFARLAND

/s/ *Charles E. McFarland*

Charles E. McFarland
338 Jackson Rd
New Castle, KY 40050-6733

Telephone:  502-845-2754
Email:  McfarlandC@BellSouth.net

ATTORNEY FOR DEFENDANTS ERIC PIERCE AND ORIGINAL DESIGN WELLNESS CENTER

<u>Certificate of Service</u>

I do hereby certify that the foregoing pleading has this day been served upon all other counsel of record by electronic mail and by the court's electronic filing system at their designated electronic mail addresses of record.

/s/ *Kent L. Brown*