UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
AUG 29 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | WAIVER OF RIGHT TO PRESENTENCE |
| ) | INVESTIGATION REPORT |
| v. ) | |
| ) | Case No. 5:19MJ8003-1 |
| PRECISION HERBS LLC ) | |

Sharon Overman, on behalf of Precision Herbs LLC, the above-named defendant, with the consent of the Court waives the right of the Defendant to a pretrial investigative report. The Defendant hereby represents that it has discussed its right with its Attorney, that it understands its right, and that it specifically waives any and all such right. The Attorney for the Defendant hereby represents that he has discussed the Defendant's right with it, that he is satisfied that the Defendant understands said right, and that he concurs with the decision of the Defendant to waive said right.

_____
Assistant U. S. Attorney

_____
Defendant

_____
Counsel for Defendant

APPROVED AND ORDERED:

_____  08-29-19
Jonathan D. Greenberg
United States Magistrate Judge